**Motion Granted and Abatement Order filed August 8, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-18-01052-CV
_____

### JIANGSU JINSHI MACHINERY GROUP CO., LTD., Appellant

### V.

### KANA ENERGY SERVICES, INC., Appellee

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-55123**

## ORDER

On  July 29, 2019, appellant filed an unopposed motion to abate this appeal. The motion states the parties are engaged in settlement discussions and believe this matter may be resolved. They ask that the appeal be abated for 90 days to allow time for settlement. The motion is **GRANTED**.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **November 6, 2019**. The appeal will be reinstated on this court's

active docket at that time, or when the parties file a motion to reinstate or motion dismiss the appeal. The court may reinstate the appeal on its own motion.


PER CURIAM